DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN LOUIS ADAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1131

[June 13, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Krista Marx, Judge; L.T. Case No. 50-2010-CF-010941-AXXX-MB.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Whitehead v. State*, 21 So. 3d 157 (Fla. 4th DCA 2009).

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE, Associate Judge, concur.

\*　　\*　　\*

*Not final until disposition of timely filed motion for rehearing.*